REBECCA G. BOWEN, Respondent, v. ALPHONSUS L. POOLE and Others, Defendants. TRACHSON BUILDING CORPORATION, Purchaser, Appellant.— Order and

order on reargument, denying motion of purchaser-appellant to be relieved of its purchase, affirmed, with ten dollars costs and disbursements. (*Clarke* v. *Wollpert*, 128 App. Div. 203; *Hall-Mark Realty Corp.* v. *McGunnigle*, 253 N. Y. 395.)■ Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.

